No. 97–1599. GOLDEN *v.* CITY OF GULFPORT ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1600. BAYER *v.* STANFORD UNIVERSITY SCHOOL OF MEDICINE/MEDICAL CENTER ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 97–1609. OSEI-AFRIYIE *v.* AMPOFOH. Sup. Ct. Del. Certiorari denied.

No. 97–1615. PROPST, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHAMBERS, DECEASED *v.* KINGRY ET AL. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 97–1619. GANGOPADHYAY *v.* GANGOPADHYAY. Cir. Ct. Raleigh County, W. Va. Certiorari denied.

No. 97–1621. HALPERN *v.* BRISTOL BOARD OF EDUCATION. Sup. Ct. Conn. Certiorari denied.

No. 97–1624. MCGRAW *v.* BOOTH. C. A. 5th Cir. Certiorari

No. 97–1640. HINCHLIFFE ET AL. *v.* PRUDENTIAL HOME MORTGAGE CO., INC. Super. Ct. Pa. Certiorari denied.

No. 97–1643. PHILLIPS ET AL. *v.* CITY OF HARVEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1665. KAIMOWITZ *v.* CITY OF ORLANDO. C. A. 11th Cir. Certiorari denied.

No. 97–1696. BERGER ET AL. *v.* CUOMO, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1699. TRAVELLERS INTERNATIONAL AG *v.* TRANS WORLD AIRLINES, INC. C. A. 3d Cir. Certiorari denied.

No. 97–1711. DARNELL *v.* FIRST FEDERAL OF ALABAMA ET AL. Ct. Civ. App. Ala. Certiorari denied.